UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| | : | VIOLATION: |
| v. | : | |
| | : | Count One: |
| | : | 7 U.S.C. § 13(a)(2) |
| | : | (Commodity Exchange Act - |
| MICHAEL HOOVER, | : | False Reporting) |
| | : | |
| Defendant | : | |

INFORMATION

The United States charges that:

COUNT ONE

**7 U.S.C. § 13(a)(2) - Commodity Exchange Act - False Reporting**

GENERAL ALLEGATIONS

Unless specified otherwise, at all relevant times:

1.  Beginning on or about December 31, 2001, through on or about May 31, 2002, within the District of Columbia, and elsewhere, the defendant,

MICHAEL HOOVER

and others known and unknown, did knowingly deliver and cause to be delivered through interstate wire false and misleading and knowingly inaccurate reports concerning market information and conditions that tended to affect the price of natural gas, a commodity in interstate commerce, specifically, reports of fictitious natural gas trades that were sent by electronic mail from American Electric Power Energy Services' offices in Columbus, Ohio to *Inside FERC* 's offices in

Washington, D.C., for *Inside FERC*'s use in publishing natural gas pricing indices.

In violation of Title 7, United States Code, Section 13(a)(2) and Title 18, United States Code, Section 2.

STEVEN A. TYRRELL
Acting Chief, Fraud Section

Date: 1/27/07

Robertson Park, Assistant Chief
Amanda Riedel, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section