NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                           Criminal Number  1:07 CR 20

MICHAEL HOOVER
(Defendant)

**FILED**
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Douglas R. Kay, DC Bar #452345
(Attorney & Bar ID Number)

Briglia & Hundley, P.C.
(Firm Name)

1921 Gallows Road, Suite 750
(Street Address)

Vienna, VA 22182
(City)           (State)           (Zip)

(703) 883-0880
(Telephone Number)