IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 1:07-cr-20 |
| MICHAEL HOOVER, | : Judge John D. Bates |
| Defendant. | : |

**FILED**
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMES NOW Douglas R. Kay, a member in good standing of the bar of this Court, and, pursuant to Rule LCrR 44.1 of the United States District Court for the District of Colombia, moves this Honorable Court to allow the admission *pro hac vice* of James W. Hundley as counsel for Michael Hoover. As grounds in support of this motion, I state that:

(1) Mr. Hundley's office address is:

> Briglia & Hundley, P.C.
> 1921 Gallows Road, Suite 750
> Tysons Corner, Virginia 22182
> 703-883-0880

(2) Mr. Hundley is an active member in good standing of the Virginia State Bar and that he has been admitted to practice before the United States District Court for the Eastern District of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

(3) Mr. Hundley has not been disciplined by any bar.

(4) Mr. Hundley has not been admitted *pro hac vice* to this Court withing the past two years.

Respectfully submitted,

_____
Douglas R. Kay
BRIGLIA & HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)

## CERTIFICATE SERVICE

I, Douglas R. Kay, hereby certify that a true copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served via first-class mail on the following individuals at the listed addresses:

Steven A Tyrrell, Acting Chief
Robertson t. Park, Assistant Chief
Amanda Riedel, Trial Attorney
Fraud Section
Criminal Division
United States Department of Justice
Washington, D.C.  20530

_____
Douglas R. Kay

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:07-cr-20 |
| | : | |
| MICHAEL HOOVER, | : | Judge John D. Bates |
| | : | |
| Defendant. | : | |

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

THIS MATTER came to be heard upon the motion of Douglas R. Kay of Briglia & Hundley, P.C, local counsel, for the admission *pro hac vice* of James W. Hundley as counsel for Defendant Michael Hoover in this matter. There being no objection to the motion, and it appearing that James W. Hundley satisfies the requirements of Rule LCrR 44.1(d) for admission to practice before this Court, it is accordingly

ORDERED that James W. Hundley is hereby admitted *pro hac vice* to appear before this Court as defense counsel for Michael Hoover in any proceedings or matters arising in or related to the above-styled case. This Order shall not be considered as an admission to practice generally before the United States District Court for the District of Columbia.

Entered this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

I ask for this:

_____
Douglas R. Kay
BRIGLIA & HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia
703-883-0880
703-883-0899 (fax)