Leave to file GRANTED

*[signature]* 2/21/07
John D. Bates
United States District Judge

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : Case No. 1:07-cr-20 | **FILED** |
| | : | |
| MICHAEL HOOVER, | : Judge John D. Bates | FEB 2 1 2007 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## AMENDED MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMES NOW Douglas R. Kay, a member in good standing of the bar of this Court, and, pursuant to Rule LCrR 44.1 of the United States District Court for the District of Colombia, moves this Honorable Court to allow the admission *pro hac vice* of James W. Hundley as counsel for Michael Hoover. As grounds in support of this motion, I state that:

(1) Mr. Hundley's office address is:

   Briglia & Hundley, P.C.
   1921 Gallows Road, Suite 750
   Tysons Corner, Virginia 22182
   703-883-0880

(2) Mr. Hundley is an active member in good standing of the Virginia State Bar and that he has been admitted to practice before the United States District Court for the Eastern District of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

(3) Mr. Hundley has not been disciplined by any bar.

(4) Mr. Hundley has not been admitted *pro hac vice* to this Court withing the past two years.

Respectfully submitted,

_____
Douglas R. Kay
BRIGLIA & HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)

### CERTIFICATE SERVICE

I, Douglas R. Kay, hereby certify that a true copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served via first-class mail on the following individuals at the listed addresses:

Steven A Tyrrell, Acting Chief
Robertson T. Park, Assistant Chief
Amanda Riedel, Trial Attorney
Fraud Section
Criminal Division
United States Department of Justice
Washington, D.C. 20530

_____
Douglas R. Kay

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
v.  :  Case No. 1:07-cr-20
:
MICHAEL HOOVER,  :  Judge John D. Bates
:
       Defendant.  :

**DECLARATION OF NON-MEMBER IN SUPPORT OF
AMENDED MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX:

    I, James W. Hundley, pursuant to Rule LCrR 44.1(d) of the United States District Court for the District of Colombia and in support of the accompanying Motion to Admit Counsel *Pro Hac Vice,* by my signature below, hereby declare as follows:

    (1) My office address is:

        Briglia & Hundley, P.C.
        1921 Gallows Road, Suite 750
        Tysons Corner, Virginia 22182
        703-883-0880

    (2) I am an attorney and counselor at law in the Commonwealth of Virginia. I am an active member in good standing of the Virginia State Bar, and I have been admitted to practice before the United States District Court for the Eastern District of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

    (3) I certify that I have not been disciplined by any bar.

    (4) I have not been admitted *pro hac vice* to this Court withing the past two years.

**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_____    Date: February 20 ,2007
James W. Hundley

The foregoing instrument was acknowledged before me this 20th day of February, 2007.

_____
Notary Public

Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

07-20

January 3, 2007

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JAMES WARREN HUNDLEY** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. HUNDLEY** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 1989**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS,
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT