UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 07-20
)
)
MICHAEL HOOVER )

**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **MICHAEL HOOVER**, the above-name defendant, who is accused of

7 USC 13(a)(2)
Commodity Exchange Act-False Reporting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 21, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates