UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Cr. No. 1:07-cr-00020** |
| v. : | |
| : | |
| **MICHAEL HOOVER** : | |
| : | |
| **Defendant** : | |

NOTICE OF PROPOSED BOOKING ORDER

    The United States, through its counsel, Amanda L. Riedel, trial attorney, hereby submits notice of a proposed booking order in the above captioned case.

                  Respectfully submitted,

                  STEVEN A. TYRRELL
                  Chief, Fraud Section

By:   */s/*   AMANDA L. RIEDEL
                  Trial Attorney
                  Fraud Section, Criminal Division
                  United States Department of Justice
                  Tel: 202-514-0930

U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

_____

UNITED STATES OF AMERICA

V.

                                      Case No. 07-CR-00020

MICHAEL HOOVER

**O R D E R**

      Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

    2. It is this <u>14th</u> day of <u>  May, 2007                                    </u>  ORDERED:

    3. That if the defendant is released on bond that he or she be accompanied on <u>May 14, 2007          </u>
By <u>FBI SPECIAL AGENT FELIX LOSTRACCO          </u> to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to <u>FBI Washington Field Office, 601 4th Street, N.W.  Washington, D.C.  20535</u> for "routine processing," and that this be a condition of being released on bond:

    4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __ <u>              N/A                          </u> for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                                             _____
                                                             Judge John D. Bates